AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs<br><br>JERILYNN LOUISE WILSON,<br><br>    Defendant. | CR22-4002-LTS-4<br><br>JUDGMENT OF ACQUITTAL |

This action came to trial before the Honorable Leonard T. Strand and a jury. Court granted judgment of acquittal on Count 3 of the Indictment pursuant to Rule 29 motion. The jury rendered its verdict of not guilty on Count 2 of the Indictment.

**IT IS ORDERED AND ADJUDGED**

that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Chief Judge, Northern District of Iowa
Name and Title of Judge

3/24/23
Date